

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 10, 2014

Aaron Edward Bell
TDCJ-ID #01861465
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

**RE:**   Case Number:  07-13-00234-CR, 07-13-00235-CR, 07-13-00236-CR,
07-13-00237-CR, 07-13-00238-CR, 07-13-00239-CR
Trial Court Case Number: 1288725D, 1288726D, 1288727D, 1288728D,
1290870D, 1290871D

**Style:** Aaron Edward Bell v. The State of Texas

Dear Mr. Bell:

On Friday, December 27, 2013, your appellate attorney filed an Anders brief and a motion to withdraw from representation on your appeal.  *See* Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, (1967).  Documents on file indicate that you have been provided with a copy of the Anders brief and motion.

You are not required to file a response to the Anders brief.  However, you have the opportunity to file response to point out to the Court any issues or claims of error you believe deserve briefing by a new attorney.  The Court will consider your response, if any, along with the Anders brief in its review of the record.  By order of the Court, you have until Monday, February 10, 2014 to file a response, if you want to do so.  If you plan to file a response and need to review the record, contact your appellate attorney to obtain access to a copy of the record.

Very truly yours,

*Peggy Culp*
PEGGY CULP, CLERK

xc:   David L. Richards (DELIVERED VIA E-MAIL)
Charles M. Mallin (DELIVERED VIA E-MAIL)